

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-15-00676-CV

Jose **GEORGE**, Matilde George, and Elaine George,
Appellants

v.

**COMPASS BANK**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03773
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellants' reply brief was filed on June 21, 2016. *See* TEX. R. APP. P. 38.3. On June 24, 2016, appellee Compass Bank moved this court for leave to file a response to Appellants' reply brief.

Appellee's motion is GRANTED. Appellee's response to Appellants' reply brief is due on July 11, 2016. *See id.* R. 38.6(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court